Raymond A. Primmer, Plaintiff-Appellee, v. Walter Hunter, Defendant-Appellant.

Gen. No. 10,270.

Third District.

February 18, 1960.

Released for publication March 7, 1960.

Robert P. Shonkwiler, for appellant; John Alan Appleman and Arnold Sievers, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. **Not to be published in full.**